| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Noemi Martinez** | Social Security number or ITIN   xxx–xx–6618 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Northern District of Illinois** | | Date case filed for chapter  **7    12/6/20** |
| Case number:   **20–21133** | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Noemi Martinez | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 2508 W. Jackson, Apt. 2 Chicago, IL 60612 | | |
| 4. | **Debtor's attorney** Name and address | David M Siegel David M. Siegel & Associates 790 Chaddick Drive Wheeling, IL 60090 | | Contact phone 847 520–8100 Email:  davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee** Name and address | Philip V Martino ESQ Quarles & Brady 300 N. LaSalle Suite 4000 Chicago, IL 60654 | | Contact phone 312–715–5068 Email: philip.martino@quarles.com |

**For more information, see page 2 >**

Debtor  **Noemi Martinez**                                                                    Case number **20–21133**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 12/7/20 |

| | | | |
|---|---|---|---|
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 6, 2021 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**Appear by Telephone. For instructions,, visit: www.justice.gov/ust–regions–r11/, region–11–northern–district–illinois** |

| | | |
|---|---|---|
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. |

| | | | |
|---|---|---|---|
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/8/21** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |

| | | |
|---|---|---|
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 20-21133-DRC
Noemi Martinez                                                            Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0752-1                          User: agalimba                          Page 1 of 3
Date Rcvd: Dec 07, 2020                       Form ID: 309A                           Total Noticed: 64

The following symbols are used throughout this certificate:
**Symbol**        **Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Noemi Martinez, 2508 W. Jackson, Apt. 2, Chicago, IL 60612-5366 |
| 29143372 | | Blue Cross and blue Shield of ILL., PO Box 34576, Dept. 59805149, Louisville, KY 40232-4576 |
| 29143374 | + | CBE Group, Inc., PO Box 2217, Waterloo, IA 50704-2217 |
| 29143375 | + | City of Alsip, PO Box 7200, Beverly, MA 01915-0096 |
| 29143376 | + | City of Chicago, Department of Revenue, 121 N. LaSalle St, Room 800, Chicago, IL 60602-1237 |
| 29143377 | | City of Chicago EMS, 33589 Treasury Center, Chicago, IL 60694-3500 |
| 29143378 | + | City of Maywood, PO Box 742503, Cincinnati, OH 45274-2503 |
| 29143379 | | Comcast, Bankruptcy Department, 11621 E. Marginal Way 5, Tukwila, WA 98168-1965 |
| 29143381 | + | Convergent Outsourcing, Inc., Bankruptcy Department, 3 Lincoln Center, Oakbrook Terrace, IL 60181-4204 |
| 29143382 | + | Cook County Department of Revenue, PO Box 06268, Chicago, IL 60606-0251 |
| 29144674 | | East Lake Management, Chicago, IL 60612 |
| 29143385 | + | Federal Insurance Com, 994 Old Eagle School Rd., Wayne, PA 19087-1802 |
| 29143387 | + | GFSII LLC d/b/a/ Gateway Financial, PO Box 6919, Saginaw, MI 48608-6919 |
| 29143388 | + | Gibson & Sharps Attorneys at Law, 9390 Bunsen Parkway, Louisville, KY 40220-3789 |
| 29143390 | + | Halsted Financial Services, PO Box 828, Skokie, IL 60076-0828 |
| 29143395 | + | Illinois Tollway, Attn:Attorney General Legal Dept., 2700 Ogden Ave., Downers Grove, IL 60515-1703 |
| 29143396 | + | Illinois Tollway, PO Box 5544, Chicago, IL 60680-5491 |
| 29143399 | + | Jazmin Santana, 2508 W. Jackson, Chicago, IL 60612-5366 |
| 29143398 | + | Jazmin Santana, 2508 W. Jackson, Apt. 2, Chicago, IL 60612-5366 |
| 29143401 | + | John Stroger Hospital, 1900 W. Polk Street, Ste. G-9, Chicago, IL 60612-3723 |
| 29143406 | + | MRS Associates of New Jersey, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 29143402 | + | Markoff Law, 29 N. Wacker Dr., Ste. 1010, Chicago, IL 60606-3203 |
| 29143403 | + | Midwest Imaging Professionals, c/o Merchant Credit Guide, 223 W. Jackson Blvd., Ste. 700, Chicago, IL 60606-6914 |
| 29143405 | | Mount Sinai Hospital, 1905 Paysphere Circle, Chicago, IL 60674-1905 |
| 29143407 | + | Municipal Collection of America, In, 3348 Ridge Road, Lansing, IL 60438-3291 |
| 29143411 | | NCC (Nationwide Credit & Collection, 815 Commerce Drive, Suite 270, Oak Brook, IL 60523-8852 |
| 29143408 | + | Nationwide, PO BOX 3180, Pittsburgh, PA 15230-3180 |
| 29143409 | + | Nationwide CILA S/I Elgin, 10255 W. Higgins Rd., Ste. 300, Des Plaines, IL 60018-5620 |
| 29143410 | + | Nationwide NSE GA S/I Final W/O, 10255 W. Higginss Rd. Ste. 300, Des Plaines, IL 60018-5620 |
| 29143413 | + | Nelson Cruz & Associates, 9535 Forest Ln. Ste. 114, c/o King Size, Dallas, TX 75243-6129 |
| 29143414 | | Nissan Motor Acceptance Corporation, Correspondence Only, PO Box 660360, Dallas, TX 75266-0360 |
| 29143417 | + | PLS Pay Day Loan Store, 3175 W 175th St, Hazel Crest, IL 60429-1662 |
| 29143415 | + | Penn Credit, PO Box 1259 Deptartment 91047, Oaks, PA 19456-1259 |
| 29143418 | + | Radius Global Solutions, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3117 |
| 29143419 | + | Resurrection Health Care, 100 North River Road, Des Plaines, IL 60016-1209 |
| 29143421 | | Sunrise Credit Services, Inc., PO Box 9100, Farmingdale, NY 11735-9100 |
| 29143422 | + | Synergetic Communication, Inc., 5450 NW Central #220, Houston, TX 77092-2061 |
| 29143425 | + | Tristan Cervantes Attorneys at Law, 30 W. Monroe St.,, Suite 630, Chicago, IL 60603-2415 |
| 29143427 | + | US Dept of Education, 3130 Fairview Park Dr., Ste. 800, Falls Church, VA 22042-4566 |
| 29143428 | + | Village of Crestwood, c/o Municipal Collections of Americ, 3348 Ridge Road, Lansing, IL 60438-3291 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: davidsiegelbk@gmail.com | | |
| | | Dec 07 2020 23:57:00 | David M Siegel, David M. Siegel & Associates, |

|  |  |  |  | 790 Chaddick Drive, Wheeling, IL 60090 |
|---|---|---|---|---|
| tr | + | EDI: QPVMARTINO.COM |  |  |
|  |  |  | Dec 08 2020 04:08:00 | Philip V Martino, ESQ, Quarles & Brady, 300 N. LaSalle, Suite 4000, Chicago, IL 60654-5427 |
| 29143371 | + | EDI: CINGMIDLAND.COM |  |  |
|  |  |  | Dec 08 2020 04:08:00 | AT&T, Bankruptcy Department, 5407 Andrew Highway, Midland, TX 79706-3615 |
| 29143369 | + | EDI: AMSHER.COM |  |  |
|  |  |  | Dec 08 2020 04:08:00 | Amsher Collection Services, Inc., 4524 Southlake Parkway, Suite 15, Birmingham, AL 35244-3271 |
| 29143370 | + | EDI: PHINHARRIS |  |  |
|  |  |  | Dec 08 2020 04:08:00 | Arnold Scott Harris, P.C., 111 W. Jackson Blvd. Ste. 600, Chicago, IL 60604-3517 |
| 29143373 |  | EDI: WFNNB.COM |  |  |
|  |  |  | Dec 08 2020 04:08:00 | CB/NY & CO, PO Box 182122, Columbus, OH 43218-2122 |
| 29143380 | + | EDI: PRA.COM |  |  |
|  |  |  | Dec 08 2020 04:08:00 | Comenity Capital Bank, c/o Portfolio Recovery, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502-4952 |
| 29143383 |  | EDI: DIRECTV.COM |  |  |
|  |  |  | Dec 08 2020 04:08:00 | Directv, LLC, Bankruptcy Department, PO Box 6550, Greenwood Village, CO 80155-6550 |
| 29143384 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com |  |  |
|  |  |  | Dec 08 2020 02:53:00 | Exeter Finance LLC, PO Box 166097, Irving, TX 75016-6097 |
| 29143386 | + | Email/Text: bankruptcy@fncbinc.com |  |  |
|  |  |  | Dec 07 2020 23:57:00 | First National Collection Bureau, 50 W Liberty Street, Suite 250, Reno, NV 89501-1973 |
| 29143389 | + | EDI: PHINAMERI.COM |  |  |
|  |  |  | Dec 08 2020 04:08:00 | GM Financial, PO Box 183853, Arlington, TX 76096-3853 |
| 29143392 |  | Email/Text: hacbankruptcy@hfgnet.com |  |  |
|  |  |  | Dec 07 2020 23:58:00 | Heritage Acceptance Corp., 118 S. Second St., Elkhart, IN 46516-3117 |
| 29143391 | + | EDI: PHINHARRIS |  |  |
|  |  |  | Dec 08 2020 04:08:00 | Harris & Harris, Ltd, 111 West Jackson Blvd, Suite 400, Chicago, IL 60604-4135 |
| 29143393 |  | EDI: IIC9.COM |  |  |
|  |  |  | Dec 08 2020 04:08:00 | IC Systems, Inc., PO Box 64378, Saint Paul, MN 55164-0378 |
| 29143394 |  | Email/Text: rev.bankruptcy@illinois.gov |  |  |
|  |  |  | Dec 07 2020 23:59:00 | Illinois Dept. of Revenue, Bankruptcy Unit, P.O. Box 19035, Springfield, IL 62794-9035 |
| 29143397 |  | EDI: IRS.COM |  |  |
|  |  |  | Dec 08 2020 04:08:00 | IRS, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 29143400 |  | EDI: JEFFERSONCAP.COM |  |  |
|  |  |  | Dec 08 2020 04:08:00 | Jefferson Capital, P.O. Box 7999, Saint Cloud, MN 56302-9617 |
| 29143404 |  | Email/Text: mmrgbk@miramedrg.com |  |  |
|  |  |  | Dec 07 2020 23:59:00 | Miramed Revenue Group, Dept. 77304, PO Box 77000, Detroit, MI 48277-0304 |
| 29143412 | + | Email/Text: egssupportservices@alorica.com |  |  |
|  |  |  | Dec 08 2020 00:00:00 | NCO Financial Systems, Inc., 600 Holiday Plaza Drive, Suite 300, Matteson, IL 60443-2238 |
| 29143416 | + | EDI: CBSPLS.COM |  |  |
|  |  |  | Dec 08 2020 04:08:00 | PLS Financial Solutions of Illinois, 2036 Sibley Blvd, Calumet City, IL 60409-2140 |
| 29143420 | + | EDI: CONVERGENT.COM |  |  |
|  |  |  | Dec 08 2020 04:08:00 | Sprint, c/o Convergent Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 29143423 |  | EDI: AISTMBL.COM |  |  |
|  |  |  | Dec 08 2020 04:08:00 | T-Mobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |
| 29143424 | + | Email/Text: bankruptcydepartment@tsico.com |  |  |
|  |  |  | Dec 08 2020 00:03:00 | Transworld Systems Inc., 500 Virginia Dr., Ste. 514, Fort Washington, PA 19034-2733 |
| 29143426 | + | Email/Text: info@unifinrs.com |  |  |
|  |  |  | Dec 08 2020 00:03:00 | Unifin Inc., PO Box 4519, Skokie, IL 60076-4519 |

TOTAL: 24

District/off: 0752-1 | User: agalimba | Page 3 of 3
Date Rcvd: Dec 07, 2020 | Form ID: 309A | Total Noticed: 64

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2020          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David M Siegel | on behalf of Debtor 1 Noemi Martinez davidsiegelbk@gmail.com  R41057@notify.bestcase.com;johnellmannlaw@gmail.com |
| Philip V Martino, ESQ | philip.martino@quarles.com  pmartino@ecf.axosfs.com;jenny.fik@quarles.com;colleen.greer@quarles.com;wemet@quarles.com |

TOTAL: 2