# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 20-21133 |
| | ) | |
| **Noemi Martinez,** | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Cassling |

## NOTICE AND CERTIFICATE OF SERVICE OF OFFICIAL FORM 309A NOTICE OF CHAPTER 7 BANKRUPTCY CASE

*To the following persons or entities who were served via regular U.S. Mail:*

Illinois Lending Corp., 701 Lee St #570, Des Plaines, IL 60016.

Please take notice of the attached **Official Form 309A Notice of Chapter 7 Bankruptcy Case**.

## CERTIFICATE OF SERVICE

The undersigned certifies that copies of this Notice and attachments were served to the listed persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, on or before December 18, 2020, at 5:30 p.m., with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

DATE OF SERVICE:  December 18, 2020         /s/ Alexander Preber
                                            Alexander Preber. ARDC #6324520

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100